IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03486-WYD-MEH

PCL CONSTRUCTION SERVICES, INC.,

      Plaintiff,

v.

OLD REPUBLIC GENERAL INSURANCE COMPANY, and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 12, 2015.**

      Defendant Insurance Company of the State of Pennsylvania's ["ICSP"] Motion for Leave to File Crossclaim Against Old Republic and Counterclaim Against PCL [filed July 21, 2015; docket #55] is **denied without prejudice**. Although ICSP cites to Fed. R. Civ. P. 15(a) for its request to "amend its pleading," the proposed pleading is not an amended answer but, rather, an entirely new and separate pleading. ICSP cites no authority for proffering a new and separate pleading under these circumstances.

      Accordingly, to the extent it intends to amend its answer, ICSP is reminded that it must comply not only with the federal rules, but also with the local rules of this Court.