IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03486-WYD-MEH

PCL CONSTRUCTION SERVICES, INC.,

      Plaintiff,

v.

OLD REPUBLIC GENERAL INSURANCE COMPANY, and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

      Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2015.**

For good cause shown and in the interest of justice, Defendant Insurance Company of the State of Pennsylvania's ["ICSOP"] Motion for Leave to Amend its Answer to Assert a Crossclaim Against Old Republic and Counterclaim Against PCL [filed September 2, 2015; docket #61] is **granted**. ICSOP shall file a clean copy of its Amended Answer, Crossclaim and Counterclaim on or before September 4, 2015. The Plaintiff and Defendant Old Republic General Insurance Co. shall file responses pursuant to Fed. R. Civ. P. 15(a).