IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03486-WYD-MEH

PCL CONSTRUCTION SERVICES, INC.,

      Plaintiff,

v.

OLD REPUBLIC GENERAL INSURANCE COMPANY, and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 25, 2016.**

For good cause shown, Plaintiff's Motion to Extend Expert Disclosure Deadlines and Amend Scheduling Order [filed January 22, 2016; docket #73] is **granted**. Paragraph 9 of the Scheduling Order shall be modified as follows:

| | | |
|---|---|---|
| b. | Discovery cutoff: | April 29, 2016 |
| c. | Dispositive motions deadline: | May 30, 2016 |
| d.3. | Initial expert disclosure deadline: | February 29, 2016 |
| d.4. | Rebuttal expert disclosure deadline: | April 1, 2016 |
| f.g. | Deadline for serving written discovery: | April 1, 2016 |