IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03486-WYD-MEH

PCL CONSTRUCTION SERVICES, INC.,

      Plaintiff,

v.

OLD REPUBLIC GENERAL INSURANCE COMPANY, and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 17, 2016.**

      In the interest of justice and for good cause shown, Defendant Old Republic's Unopposed Motion for Leave to File a First Amended Answer and Affirmative Defenses to Plaintiff's Complaint and Counterclaim Against Plaintiff [filed February 15, 2016; docket #78] is **granted**. Old Republic shall file a clean copy of the First Amended Answer on or before February 19, 2016.