IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03486-WYD-MEH

PCL CONSTRUCTION SERVICES, INC.,

 Plaintiff,

v.

OLD REPUBLIC GENERAL INSURANCE COMPANY, and
INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA,

 Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 16, 2016.**

  For good cause shown, the Joint Motion to Extend Stay [filed March 15, 2016; docket #85] is **granted**. The parties shall file dismissal papers or a joint status report on or before April 29, 2016. The proceedings of this case are stayed until that date.